DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELIZABETH CRUZ,**
Appellant,

v.

**G.L. BUILDING CORPORATION, G.L. HOMES BUILDING CORPORATION, G.L. HOMES LIMITED CORPORATION, G.L. HOMES OF FLORIDA CORPORATION, JAIME CHAVEZ, YANETH CALDERON, PALM BEACH ASSOCIATES IV, LLLP, LATITE ROOFING AND SHEET METAL, LLC, CENTRAL AIR CONTROL, INC., PRODUCTION PLUMBING, INC., SECURITY SOURCE, INC.** and **SUNFLOWER LANDSCAPING AND MAINTENANCE, INC.,**
Appellees.

No. 4D19-678

[August 15, 2019]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case No. 502016CA001830XXXXMB AH.

Blair M. Dickert and Caroline Zapiec of Kanner & Pintaluga, P.A., Boca Raton, for appellant.

Lauren J. Smith of Peterson Bernard, Stuart, for appellee G.L. Building Corp.

PER CURIAM.

*Affirmed.*

Taylor, CIKLIN and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***